**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Ronnie BARLOW, a/k/a "Rump",
Defendant–Appellant.**

No. 02–3265.

United States Court of Appeals,
Seventh Circuit.

Nov. 30, 2006.

John T. Ryan, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Robert A. Korenkiewicz, Chicago, IL, for Defendant–Appellant.

Before Hon. FRANK H. EASTERBROOK, Chief Judge, Hon. DANIEL A. MANION, Circuit Judge, Hon. TERENCE T. EVANS, Circuit Judge.

### ORDER

A jury in the Northern District of Illinois convicted Ronnie Barlow of conspiracy to possess with intent to distribute controlled substances in violation of 21 U.S.C. § 846. While his appeal remained pending, the Supreme Court issued its decision in *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). We remanded to ask whether the judge would have imposed a lesser sentence had he known that the guidelines were advisory. *See United States v. Paladino*, 401 F.3d 471, 483–84 (7th Cir.2005). The judge said

yes, and therefore we VACATE Barlow's sentence and remand for re-sentencing.